TAYLOR ET AL., APPELLANTS, *v.* KEMPER INSURANCE COMPANY ET AL.; AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Taylor v. Kemper Ins. Co.,*
100 Ohio St.3d 342, 2003-Ohio-6516.]

(Nos. 2003–0302 and 2003–0362—Submitted November 19, 2003—Decided December 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and DEGENARO, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

MARY DEGENARO, J., of the Seventh Appellate District, sitting for O'DONNELL, J.

Friedman, Domiano & Smith Co., L.P.A., and Stephen S. Vanek, for appellants.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Daniel A. Richards, Jill S. Patterson and Ronald A. Rispo, for appellee.

Vorys, Sater, Seymour & Pease, L.L.P., Michael Thomas and William D. Kloss, urging affirmance for amicus curiae Ohio Insurance Institute.

Davis & Young and Richard M. Garner, urging affirmance for amicus curiae Hartford Fire Insurance Company.